United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                            Case No. **10-12036-13**

**TORRES COLLAZO, CARMEN A**                       Chapter **13**
                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/07/2011**                           ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION             Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **1,285.00** | x | **60** | = $ | **77,100.00** |
| $ | x | | = $ | |
| $ | x | | = $ | |
| $ | x | | = $ | |
| $ | x | | = $ | |

TOTAL: $ **77,100.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **77,100.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,224.00**

Signed: **/s/ CARMEN A TORRES COLLAZO**
        Debtor



        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____
B. SECURED CLAIMS:
  ☐ Debtor represents no secured claims.
  ☑ Creditors having secured claims will retain their liens and shall be paid as follows:
  1. ☐ Trustee pays secured ARREARS:
    Cr. _____   Cr. _____   Cr. _____
    # _____   # _____   # _____
    $ _____   $ _____   $ _____
  2. ☐ Trustee pays IN FULL Secured Claims:
    Cr. _____   Cr. _____   Cr. _____
    # _____   # _____   # _____
    $ _____   $ _____   $ _____
  3. ☐ Trustee pays VALUE OF COLLATERAL:
    Cr. _____   Cr. _____   Cr. _____
    # _____   # _____   # _____
    $ _____   $ _____   $ _____
  4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
  5. ☑ Other: **See Other Provisions**
  6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts: payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Eduardo J. Mayoral Garcia**                Phone: **(787) 754-2002**

CHAPTER 13 PAYMENT PLAN

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

1. ATTORNEY'S FEES TO BE PAID AHEAD OF SECURED CREDITORS.

2. THIS PLAN WILL MODIFY DORAL BANK'S SECURED CLAIM AS FOLLOWS:
A. THE TERM OF THE MORTGAGE LOAN WILL BE EXTENDED TO A NEW 40 YEAR TERM STARTING ON THE MONTH THIS PLAN IS FILED.
B. THE TOTAL AMOUNT OF THE CLAIM OF $270,000.00 WILL BE REPAID AT A 4% INTEREST RATE OVER A PERIOD OF 40 YEARS, WHICH EQUALS THE AMOUNT OF $541,646.40.
C. THE FIRST 60 MONTHS OF THIS NEW 40 YEAR PAYMENT TERM WILL BE PAID THROUGH THE CHAPTER 13 TRUSTEE.
D. AFTER COMPLETION OF THE 60 MONTHS PAYMENT, DEBTOR WILL CONTINUE MAKING REGULAR MONTHLY PAYMENTS TO DORAL BANK FOR THE NEXT 35 YEARS TO REPAY THE MORTGAGE LOAN IN FULL AT A 4% INTEREST RATE.

3. CONFIRMATION OF THIS PLAN WILL BE BINDING UPON ALL CREDITORS, AND SHALL AUTOMATICALLY AND EFFECTIVELY BE A MODIFICATION OF DEBTOR'S SECURED CLAIM WITH DORAL BANK AND SHALL REMAIN WITH FULL FORECE AND EFFECT EVEN AFTER COMPLETION OF THE DEBTOR WITH THIS CHAPTER 13 PLAN..

4. ALL OTHER PROVISIONS OF DEBTOR'S MORTGAGE AND LOAN AGREEMENT WITH DORAL BANK THAT ARE NOT MODIFIED BY THIS PLAN AND WHICH ARE NOT IN CONTRADICTION WITH THIS PLAN SHALL REMAIN IN EFFECT.